*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ————      *Resuelto:* 30 de junio de 1998

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se constituyen las Salas Especiales de Despacho siguientes para funcionar durante el receso:

*De 1ro de julio a 15 de agosto de 1998*
     Jueza Asociada Señora Miriam Naveira de Rodón, *Presidenta*
     Juez Asociado Señor Jaime B. Fuster Berlingeri
     Juez Asociado Señor Baltasar Corrada Del Río
     El Juez Asociado Señor Rebollo López sustituirá al Juez Asociado Señor Fuster Berlingeri del 29 de julio al 7 de agosto 1998, periodo durante el cual el Juez Asociado Señor Rebollo López presidirá la referida Sala.

*De 16 de agosto a 30 de septiembre de 1998*
     Juez Presidente Señor José A. Andréu García, *Presidente*
     Juez Asociado Señor Antonio S. Negrón García
     Juez Asociado Señor Federico Hernández Denton
     Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario.
     El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

     *Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*